United States District Court
Southern District of Texas
ENTERED

JUN 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 29 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARIA GUADALUPE RODRIGUEZ, Individually and as Next Friend of EDGAR OSCAR RODRIGUEZ, LEONOR RODRIGUEZ, ORALIA GUADALUPE RODRIGUEZ, NADIA KARINA RODRIGUEZ, and FRANCISCO JAVIER RODRIGUEZ, and as Representative of The Estate of FRANCISCO J. RODRIGUEZ, Deceased <br><br> vs. <br><br> C&B ACOUSTICAL & DRY WALL MATERIALS, INC., J.A. GRAF CUSTOM HOMES and CLASSIC DRYWALL | § § § § § § § § § § § § § § § § C.A. No. B-97-212 |

## ORDER

On __29 June__, 1998, the Court considered UNDERWRITERS AT LLOYDS, LONDON's Motion to Intervene. The Court finds that the Motion is meritorious and should be granted. UNDERWRITERS AT LLOYDS, LONDON is hereby granted leave to file its Petition in Intervention.

SIGNED this 29 day of __June__, 1998.

_____
JUDGE PRESIDING

K:\CJA\27178\INTERVEN.ORD