20

United States District Court
Southern District of Texas
ENTERED

NOV 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION
```

Edgar Oscar Rodriguez, et al          §
                                      §
                                      §
versus                                §   C.A. B-97-212
                                      §
                                      §
C&B Acoustical & Drywall
Materials, Inc., et al

### ORDER

1.  As previously ordered, a settlement conference is set March 19, 1999, at 2:00 P.M., and the joint pretrial order is due March 19, 1999.

2.  The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on  17 NOV  , 1998, at Brownsville, Texas.

                                    John Wm. Black
                                    United States Magistrate Judge