

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE RODRIGUEZ Individually and Next Friend of EDGAR OSCAR RODRIGUEZ, LEONOR RODRIGUEZ, ORALIA GUADALUPE RODRIGUEZ, NADIA KARINA RODRIGUEZ and FRANCISCO JAVIER RODRIGUEZ, and as Representative of The Estate of FRANCISCO J. RODRIGUEZ, DECEASED | § § § § § § § § § § | |
| vs. | § § § | C.A. NO. B-97-212 |
| C&B ACOUSTICAL & DRY WALL MATERIALS, INC., J.A. GRAF CUSTOM HOMES and CLASSIC DRYWALL | § § § | |

United States District Court
Southern District of Texas
ENTERED
APR 07 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

## REVISED SCHEDULING ORDER

On this day came on to be considered the telephonic pretrial and settlement conference in the above-entitled and numbered case, accordingly, the Plaintiff's Motion for Continuance is granted and it is hereby ORDERED that:

1. Plaintiff will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the basis for the opinions and reports as required under Federal Rules of Civil Procedure 26(a)(2)(A) and (B) by **May 30, 1999.**

2. The Defendants will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the basis for the opinions and reports as required under Federal Rules of Civil Procedure 26(a)(2)(A) and (B) by **June 30, 1999.**

3. All discovery in this case must be completed by **July 30, 1999.**

4. A joint pretrial order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **August 13, 1999.**

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

5. A final pretrial and settlement conference is set for August 13, 1999, at 2:30 p.m.

DONE at Brownsville, Texas on 7 APRIL, 1999.

                                              JOHN WM. BLACK,
                                              U.S. MAGISTRATE JUDGE

| EDDINGTON & ASSOCIATES, L.L.P. | LAW OFFICES OF ALFRED R. VALDEZ |
|---|---|
| By: _____<br>Ray R. Marchan<br>SDT No. 9522<br>1926 E. Elizabeth<br>Brownsville, TX 78520<br>(956) 546-0333 | Alfred R. Valdez   (w/ permission)<br>SDT No. 6389<br>6300 Hillcroft, Suite 200<br>Houston, TX 77081<br>(713) 271-0719 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT C&B ACOUSTICAL & DRY WALL MATERIALS, INC.** |
| PERCY L. "WAYNE" ISGITT, P.C. | FUNDERBURK & FUNDERBURK, L.L.P. |
| By: _____<br>Percy L. "Wayne" Isgitt<br>SDT No. 4583<br>440 Louisiana, Suite 420<br>Houston, TX 77002-1634<br>(713) 224-7678 | By: _____<br>Cynthia L. Jones<br>SDT No. 11485<br>2777 Allen Pkwy., Suite 1000<br>Houston, TX 77019<br>(713) 526-1801 |
| **ATTORNEY FOR DEFENDANT, J.A. GRAF CUSTOM HOMES** | **ATTORNEYS FOR INTERVENOR, UNDERWRITERS AT LLOYDS, LONDON** |

5. A final pretrial and settlement conference is set for August 13, 1999, at ____.m.

DONE at Brownsville, Texas on _____, 1999.

                                                                                      JOHN WM. BLACK,
                                                                                      U.S. MAGISTRATE JUDGE

| EDDINGTON & ASSOCIATES, L.L.P. | LAW OFFICES OF ALFRED R. VALDEZ |
|---|---|
| By: _/s/ Ray R. Marchan_____ | By: _____ |
| Ray R. Marchan | Alfred R. Valdez |
| SDT No. 9522 | SDT No. _____ |
| 1926 E. Elizabeth | 6300 Hillcroft, Suite 200 |
| Brownsville, TX 78520 | Houston, TX 77081 |
| (956) 546-0333 | (713) 271-0719 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT C&B ACOUSTICAL & DRY WALL MATERIALS, INC.** |
| PERCY L. "WAYNE" ISGITT, P.C. | FUNDERBURK & FUNDERBURK, L.L.P. |
| By: _____ | By: _____ |
| Percy L. "Wayne" Isgitt | Cynthia L. Jones |
| SDT No. 4583 | SDT No. 11485 |
| 440 Louisiana, Suite 420 | 2777 Allen Pkwy., Suite 1000 |
| Houston, TX 77002-1634 | Houston, TX 77019 |
| (713) 224-7678 | (713) 526-1801 |
| **ATTORNEY FOR DEFENDANT, J.A. GRAF CUSTOM HOMES** | **ATTORNEYS FOR INTERVENOR, UNDERWRITERS AT LLOYDS, LONDON** |

5.    A final pretrial and settlement conference is set for August 13, 1999, at _____ .m.

DONE at Brownsville, Texas on _____, 1999.


_____
JOHN WM. BLACK,
U.S. MAGISTRATE JUDGE

EDDINGTON & ASSOCIATES, L.L.P.           LAW OFFICES OF ALFRED R. VALDEZ


By:_____               By:_____
    Ray R. Marchan                           Alfred R. Valdez
    SDT No. 9522                             SDT No. _____
    1926 E. Elizabeth                        6300 Hillcroft, Suite 200
    Brownsville, TX 78520                    Houston, TX 77081
    (956) 546-0333                           (713) 271-0719

**ATTORNEYS FOR PLAINTIFF**                  **ATTORNEY FOR DEFENDANT
                                             C&B ACOUSTICAL & DRY WALL
                                             MATERIALS, INC.**

PERCY L. "WAYNE" ISGITT, P.C.            FUNDERBURK & FUNDERBURK, L.L.P.


By:_____               By: *Cynthia L. Jones* (signature)
    Percy L. "Wayne" Isgitt                  Cynthia L. Jones
    SDT No. 4583                             SDT No. 11485
    440 Louisiana, Suite 420                 2777 Allen Pkwy., Suite 1000
    Houston, TX 77002-1634                   Houston, TX 77019
    (713) 224-7678                           (713) 526-1801

**ATTORNEY FOR DEFENDANT, J.A.**             **ATTORNEYS FOR INTERVENOR,
GRAF CUSTOM HOMES**                          UNDERWRITERS AT LLOYDS,
                                             LONDON**

Case 1:97-cv-00212   Document 28   Filed in TXSD on 04/07/1999   Page 4 of 4
ClibPDF - www.fastio.com