32

United States District Court
Southern District of Texas
FILED

JUN 24 1999

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GUADALUPE RODRIGUEZ INDIVIDUALLY AND AS NEXT FRIEND OF EDGAR OSCAR RODRIGUEZ, LEONOR RODRIGUEZ, ORALIA GUADALUPE RODRIGUEZ, NADIA KARINA RODRIGUEZ AND FRANCISCO JAVIER RODRIGUEZ AND AS THE REPRESENTATIVE OF THE ESTATE OF FRANCISCO J. RODRIGUEZ<br><br>VS.<br><br>C & B ACOUSTICAL & DRY WALL MATERIALS, INC., J. A. GRAF CUSTOM HOMES AND CLASSIC DRYWALL | CIVIL ACTION NO.<br><br>B-97-212 |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day, came on to be considered the Motion of R. Warren Eddington to withdraw as counsel for Plaintiffs and it appearing to the Court that such motion should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that said Motion be and it is hereby granted and R. Warren Eddington shall be and he is hereby permitted to withdraw as counsel of record and RAY R. MARCHAN, of Harris & Watts, P.C., be substituted as counsel for said Plaintiffs.

Signed this the 24 day of June, 1999.

_____
JUDGE PRESIDING