33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

| | | |
|---|---|---|
| MARIA GUADALUPE RODRIGUEZ, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-212 |
| C & B ACOUSTICAL & DRY WALL MATERIALS, INC., ET AL. | § § § | |

United States District Court
Southern District of Texas
FILED

JUN 29 1999

Michael N. Milby, Clerk of Court

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ISSUE OF PLAINTIFF'S RESIDENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JULY 15, 1999 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 29, 1999

TO:      MR. ALFRED VALDEZ
         MR. PERCY L. ISGITT
         MS. CYNTHIA LEA JONES
         MR. RAY R. MARCHAN