38

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GUADALUPE RODRIGUEZ § <br> Individually and Next Friend of EDGAR § <br> OSCAR RODRIGUEZ, LEONOR § <br> RODRIGUEZ, ORALIA GUADALUPE § <br> RODRIGUEZ, NADIA KARINA § <br> RODRIGUEZ and FRANCISCO § <br> JAVIER RODRIGUEZ, and as § <br> Representative of The Estate of § <br> FRANCISCO J. RODRIGUEZ, § <br> DECEASED § <br> § <br> vs. § <br> § <br> C&B ACOUSTICAL & DRY WALL § <br> MATERIALS, INC., J.A. GRAF § <br> CUSTOM HOMES and CLASSIC § <br> DRYWALL § | C.A. NO. B-97-212 |

United States District Court
Southern District of Texas
ENTERED

DEC 30 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER OF DISMISSAL

On this day, the Court considered the Agreed Motion for Dismissal filed by all parties in the above-captioned cause. The Court finds that the motion should be granted. It is accordingly,

ORDERED, that the above-captioned cause be and it is hereby dismissed without prejudice to the rights of Plaintiffs and/or Intervenor to re-file same in the State Court.

All costs of court are adjudged against the party incurring same.

SIGNED on the 30 day of December, 1999.

_____
UNITED STATES DISTRICT JUDGE